**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

**United States of America**

**-vs-**                                                         **Case No.  2:24-mj-157**

**Jonathan Ricardo Urbina-Molina**


**COURTROOM   MINUTES**

| JUDGE: | Elizabeth A. Preston Deavers | DATE AND TIME: | 3/25/2024 at 1:00 PM |
|---|---|---|---|
| DEPUTY CLERK: | Sherry Nichols | COUNSEL FOR GOVT: | Heidy Carr |
| RECORD: | CourtSmart | COUNSEL FOR DEFT(S). | Stacey MacDonald |
| INTERPRETER: | Rafael Montanez | Pretrial/Probation | Leticia Vazquez-Villa |

Initial Appearance

-Interpreter sworn in
-Dft completed CJA financial affidavit, Counsel appointed.
-Dft advised of rights, charges, and potential penalties
-Government motions Court for detention hearing; Motion granted
-Government advised of Due Process Protections Act Order
-Identity, Preliminary, and Detention hearings set for March 28, 2024 at 1:45 PM
-Advised of right to notify consulate; Dft does not request notification at this
 time
-Dft remanded